434 July 8, 2026 No. 659

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

MARTIN ARNOLD JANISSE,
*Defendant-Appellant.*

Lane County Circuit Court
24CR06313; A185608

Beatrice N. Grace, Judge.

Submitted June 18, 2026.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Joshua B. Crowther, Deputy Public Defender, Oregon Public Defense Commission, filed the brief for appellant.

Dan Rayfield, Attorney General, Paul L. Smith, Solicitor General, and Colm Moore, Assistant Attorney General, filed the brief for respondent.

Before Aoyagi, Presiding Judge, Kamins, Judge, and Pagán, Judge.

PER CURIAM

Judgment reversed and remanded for entry of an amended judgment; otherwise affirmed.

## PER CURIAM

Defendant appeals a judgment of conviction for misdemeanor driving while suspended. On appeal, he argues that the trial court plainly erred in including in the judgment the language: "The court may increase the total amount owed by adding collection fees and other assessments. These fees and assessments may be added without further notice to the defendant and without further court order."

We recently addressed identical language in *State v. Martinez*, 347 Or App 273, 587 P3d 428 (2026). In *Martinez*, we determined that "collection fees" are authorized under ORS 1.202 and could be included in the judgment. *Id*. at 278. However, we concluded that ORS 1.202 does not authorize the total amount a defendant owes to be increased by the addition of "other assessments" without notice to the defendant or a court order. *Id*. at 279. In *Martinez*, we reversed and remanded for entry of an amended judgment deleting the references to other "assessments." *Id*. at 280. The same analysis and disposition are appropriate here because the language in the judgment is identical. More specifically, we reverse the judgment and remand for entry of an amended judgment deleting the terms "and other assessments" and "and assessments" from the judgment.

Judgment reversed and remanded for entry of an amended judgment; otherwise affirmed.